# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION NO. 860, | CASE NO. 1:19 cv 1136 |
| AND | JUDGE Christopher A. Boyko |
| | MAGISTRATE JUDGE David A. Ruiz |
| ROBERT BLATNICA, MARINO BRADY, JOSEPH P. CARDARELLA, DWANE CLAGGETT, ROBERT CONTE, CHARLES COOK, JOSEPH CORBO, MICHAEL J. DEL-ZOPPO, ANGELO DINUNZIO, DAVID EATHRIDGE, KURT B. EATON, JOE GANTOUS, MICHAEL GIAMPAOLO, RON GOLDBERG, HENRY HAIRSTON, MICHAEL HAYES, MICHAEL ILIANO, MATTHEW LOBUE, ROBERT LAMONICA, ROBERT MANDATO, JR., ANTHONY PALMISANO, ROBERT PERSINGER, CARMONE PINZONE, FRANK PEYSER, CHARLES RICE, MALCOM ROBERTSON, GARY STEWART, ROBERT SVHADOLNIK, ROLAND F. VLIZZI, ANTHONY WARD, AND BRANDON WILLIAMS, on behalf of themselves and all those similarly situated | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| *Plaintiffs,* | |
| v. | |
| CITY OF CLEVELAND HEIGHTS, OHIO, | |
| *Defendant.* | |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Dismissal With Prejudice as to Plaintiffs' Complaint, such motion including the Parties' Joint Stipulation of Settlement and Release ("Settlement"), and due cause appearing

{00989201-1 }

therefore, it is hereby:

**ORDERED AND ADJUDGED as follows:**

1. The Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement.

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provide by the Settlement. All pending deadlines are stricken as moot. The Court shall retain jurisdiction to enforce the Parties' Settlement.

ORDERED this 28th day of April, 2021.

*s/ Christopher A. Boyko*
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE